AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**** DISTRICT OF    NEVADA

FRANK D. JACKSON,

    Plaintiff,    JUDGMENT IN A CIVIL CASE

v.

    CASE NUMBER:  3:15-cv-00266-MMD-VPC

CAROLYN W. COLVIN, et al.,

    Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion to Remand (ECF No. 12) is granted.  This case is remanded to the ALJ for further proceedings.

April 21, 2017    **DEBRA K. KEMPI**
Clerk

/s/ K. Rusin
Deputy Clerk